■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GONZALEZ, Appellant. [709 NYS2d 405] —Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered October 27, 1997, convicting him of robbery in the first degree and kidnapping in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The court providently exercised its discretion in permitting the prosecutor to cross-examine the defendant regarding his prior offenses (*see, People v Sandoval,* 34 NY2d 371).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit (*see, People v Chronis,* 209 AD2d 712; *People v Salimi,* 159 AD2d 658). S. Miller, J. P., Friedmann, Florio and Smith, JJ., concur.